ADU
x6720

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 21-mj-2180 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Joseph BAYBAYAN Hernandez, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 28, 2021, within the Southern District of California, Joseph BAYBAYAN Hernandez, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Donald Sweet
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st of June 2021.

HON. BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Donald Sweet, declare under penalty of perjury, the following is true and correct:

On May 28, 2021, at approximately 8:45 A.M., Joseph BAYBAYAN Hernandez, ("BAYBAYAN"), a United States citizen applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #9. BAYBAYAN was the driver, sole occupant, and registered owner of a 2007 Scion tC hatchback ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received a negative Customs declaration from BAYBAYAN. BAYBAYAN stated he was crossing the border to go to San Diego, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in both rear quarter panels of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the rear drivers' side quarter panel of the vehicle.

Further inspection of the vehicle resulted in the discovery of 35 packages concealed in the rear quarter panels of the vehicle, with a total approximate weight of 17.38 kgs (38.32 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

BAYBAYAN was placed under arrest at approximately 10:25 A.M..

During a post-Miranda interview, BAYBAYAN denied knowledge that the narcotics were in the vehicle. BAYBAYAN stated he owned the vehicle for approximately six years. BAYBAYAN stated that he was going to an ATM machine and then to a bank. BAYBAYAN stated he stayed overnight in a hotel and a friend provided him money for fuel before crossing the border.

BAYBAYAN was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on May 28, 2021, at 10:02 P.M.

*D. Sweet*

Donald Sweet, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the defendant, Joseph BAYBAYAN Hernandez, named in this probable cause statement, committed the offense on May 28, 2021, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

| | |
|---|---|
| *[signature]* | 11:05 PM, May 28, 2021 |
| Hon. Linda Lopez | Date/Time |
| United States Magistrate Judge | |